79,550-01,02,03

9/15/15

MOTION DENIED (-03)
DATE: 9-22-15
BY: PC

MOTION DISMISSED (-02+-01)
DATE: 9-22-15
BY: Texas PC

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 18 2015
Abel Acosta, Clerk

Abel Acosta, Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, Texas 78711

Re: Christine Lee Jones
Tr. Ct. No. 1155790 A-B-C

Dear Abel Acosta,

I have completed applications for a writ of habeas corpus pertaining to my case. According to the Texas Penal Code, the statute of limitations was expired. The original case was dismissed. When I was charged again the statute of limitations was expired. The Texas Penal Code states there is a 5 year limitation form the date of offense.

Please reconsider my application.

Respectfully,

Christine Lee Jones

DATE OF Offense: DVIL 16-1997

MOTION DISMISSED

BY:
DVLS:
MOTION DENIED